THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>LUIS CARRION-SOTO,<br><br>          Defendant. | HON. JEROME B. SIMANDLE<br><br>Criminal No. 06-906 (JBS)<br><br>**ORDER** |

This matter comes before the court upon the Defendant's motions to suppress statements he made to law enforcement officers between June 22, 2006 and June 27, 2006 [Docket Item 30] and to suppress physical evidence [Docket Item 31]; the Court having considered the submissions in support thereof and in opposition thereto and the evidence received at the hearings on October 16, 22, and 25, 2007; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this      **7th**       day of **November, 2007**

ORDERED that the Defendant's motion to suppress his statements to law enforcement officers shall be, and hereby is, **DENIED**; and

IT IS FURTHER ORDERED that the Defendant's motion to suppress physical evidence shall be, and hereby is, **DENIED**.

                                                  **s/ Jerome B. Simandle**
                                                  JEROME B. SIMANDLE
                                                  United States District Judge